[No. 23939-6-II.   Division Two.   February 9, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. NANCY HOPE SIRIANI, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02625-5, Karen L. Strombom, J., entered October 8, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 24630-9-II.   Division Two.   February 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN NEWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01131-7, Jay B. Roof, J., entered May 3, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 25003-9-II.   Division Two.   February 9, 2001.]

JANET SCHRAUM, *Appellant*, v. RIVIERA COMMUNITY CLUB, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-10022-8, Rudolph J. Tollefson, J., entered July 27, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 43675-9-I.   Division One.   February 12, 2001.]

NORMA HOPE ROBBINS, *Respondent*, v. ALMA J. KIDD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-23584-5, Bonnie Canada-Thurston, J. Pro Tem., entered October 20, 1998. *Affirmed* by unpublished per curiam opinion.